# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTHONY MASTRIANA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-11-00923-001 MMC<br>BOP Case Number: DCAN311CR000923-001<br>USM Number: 33674-048<br>Defendant's Attorney : Edward Hu, Assistant Federal Public Defender |

**THE DEFENDANT:**

[x] admitted guilt to violation of condition(s)  Standard Condition 11 and a General Condition  of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 3 | Failure to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer | 7/27/2012 |
| 6 | Defendant shall not commit another federal, state, or local crime | 2/13/2013 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[x] Charges One, Two, Four and Five dismissed on motion of the United States Attorney.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No.:  Unknown<br>Defendant's Date of Birth:  Unknown<br>Defendant's USM No.:  33674-048 | May 29, 2013<br>Date of Imposition of Judgment |
| Defendant's Residence Address:<br>U.S. Marshal Service | *[signature]*<br>Signature of Judicial Officer<br>Honorable Maxine M. Chesney, U. S. District Judge |
| Defendant's Mailing Address:<br>U.S. Marshal Service | Name & Title of Judicial Officer<br><br>May 30, 2013<br>Date |

DEFENDANT: ANTHONY MASTRIANA  
CASE NUMBER: CR-11-00923-001 MMC  
Judgment - Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  Eleven (11) months .

[ ] The Court makes the following recommendations to the Bureau of Prisons:

[**x**] The defendant is remanded to the custody of the United States Marshal. The appearance bond is hereby exonerated.

[ ] The defendant shall surrender to the United States Marshal for this district.

   [ ] at ___ [] am [] pm on ___.
   [ ] as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   [ ] before 2:00 pm on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

Deputy United States Marshal